USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD B. MEYERCORD,

                Plaintiff,

       -against-

RAVENEL B. CURRY, III and ELIZABETH
R. CURRY,

                Defendants.

Case No. 06 Civ. 1252 (JGK)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Edward B. Meyercord ("Plaintiff") and Defendants Ravenel B. Curry, III ("Ravenel Curry") and Elizabeth R. Curry ("Elizabeth Curry") (collectively, "Defendants"), that the above-captioned action, which was originally filed in the Supreme Court of the State of New York, County of New York (Index. No. 06/600780) and subsequently removed to this Court on February 17, 2006, shall be remanded upon consent to the Supreme Court of the State of New York, County of New York.

Dated: New York, New York
      March 6, 2006

By: _____

Richard A. De Palma (RD 2818)
Brian T. Belowich
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 626-4100
Attorneys for Defendants
Ravenel B. Curry III and
Elizabeth R. Curry

By: _____

Fredric S. Newman        (FN-3174)
HOGUET NEWMAN & REGAL LLP
10 East 40th Street
New York, New York 10016
(212) 689-8808
Attorneys for Plaintiff
Edward B. Meyercord

So Ordered:

_____
U.S.D.J.
    4/17/06